296 U.S. 617
 56 S.Ct. 138
 80 L.Ed. 438
 CONTINENTAL ILLINOIS NATIONAL BANK & TRUST COMPANY OF CHICAGO, petitioner,
v.
COLUMBIAN NATIONAL LIFE INSURANCE COMPANY.*
 No. 358.
 Supreme Court of the United States
 October 14, 1935
 
 Messrs. William Beye, Harry L. Allen, and Leonard F. Martin, all of Chicago, Ill., for petitioner.
 
 
 1
 For opinion below, see 76 F.(2d) 733.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.
 
 
 
 *
 Rehearing denied 296 U. S. 662, 56 S. Ct. 168, 80 L. Ed. 472.